SWEET v. SCHLIEMANN. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Josephine M. Sweet, as trustee, etc., of Francis Fely, deceased, against J. Schliemann.

PER CURIAM. The submission in this case is defective. See Marshall v. Hayward, 67

App. Div. 137, 73 N. Y. Supp. 592. The parties may remedy the defect within 20 days. If this is not done, the proceeding will be dismissed.